```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 08531
   FELICIA M FAIR THOMPSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8326

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/04/2004 and was confirmed 05/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CORUS BANK                CURRENT MORTG           .00            .00            .00
CORUS BANK                MORTGAGE ARRE       6111.13            .00        6111.13
HOUSEHOLD FINANCE CORPOR  CURRENT MORTG           .00            .00            .00
HOUSEHOLD FINANCE CORPOR  MORTGAGE ARRE       2090.23            .00        2090.23
TRANSOUTH FINANCIAL       SECURED            11250.00        3195.70       11250.00
BENEFICIAL ILLINOIS       UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          FILED LATE          1194.00            .00            .00
CITY OF CHICAGO PARKING   UNSECURED            310.00            .00         310.00
CREDIT PROTECTION         UNSECURED         NOT FILED            .00            .00
HOLY FAMILY MEDICAL CENT  UNSECURED         NOT FILED            .00            .00
HOUSEHOLD BANK            UNSECURED         NOT FILED            .00            .00
UNIVERSITY PATHOLOGISTS   UNSECURED         NOT FILED            .00            .00
ISAC                      FILED LATE         34439.37            .00            .00
TRANSOUTH FINANCIAL       UNSECURED            109.85            .00         109.85
CAPITAL ONE BANK          UNSECURED            665.08            .00         665.08
LEGAL HELPERS PC          DEBTOR ATTY        2,200.00                      2,200.00
TOM VAUGHN                TRUSTEE                                          1,351.86
DEBTOR REFUND             REFUND                                               4.15

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             27,288.00

PRIORITY                                           .00
SECURED                                      19,451.36
   INTEREST                                   3,195.70
UNSECURED                                     1,084.93
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                          1,351.86
DEBTOR REFUND                                     4.15

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 08531 FELICIA M FAIR THOMPSON
```

```
                                  ---------------    ---------------
TOTALS                              27,288.00          27,288.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```